IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

1) JOSE CORTEZ-VILELLA
**2) YASSEL DIAZ-SANTANA**
3) YANITZA MEJIAS-CENTENO

Defendants

CRIMINAL 12-0505CCC

**ORDER**

Having considered the Report and Recommendation filed on June 6, 2013 (**docket entry 111**) on a Rule 11 proceeding of defendant Yassel Díaz-Santana (2) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on May 30, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 30, 2013. The **sentencing hearing is set for September 4, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge